*March 24, 2017*

2017-Ohio-1066.]

**2017–0059.   State v. Barnes.**
Muskingum App. No. CT2005–0013. On appellee's motion to strike for failure to provide service pursuant to S.Ct.Prac.R. 3.11(E)(1). Motion denied.
Appellee may file a memorandum in response within 30 days of the date of this entry.

**2017–0126.   State v. Barnes.**
Muskingum App. No. CT2016–0024, 2016-Ohio-8247. On appellee's motion to strike for failure to provide service pursuant to S.Ct.Prac.R. 3.11(E)(1). Motion denied.
Appellee may file a memorandum in response within 30 days of the date of this entry.

**2016–1708.   Engelhart v. Bluett.**
Hamilton App. No. C-160189, 2016-Ohio-7237. On appellant's application for dismissal. Application granted. Cause dismissed.

*March 27, 2017*

2017-Ohio-1085.]

**2016–1882.   State v. Graham.**
Portage C.P. No. 2016 CR 107 E. On appellant's motion for extension of time to transmit record. Motion granted. The record shall be filed no later than June 21, 2017.

